Matthew K. LaVelle – State Bar No. 018828
**LaVelle & LaVelle, PLC**
5080 North 40th Street, Suite 455
Phoenix, AZ  85018
Telephone:     (602) 279-2100
Facsimile:      (602) 279-2114
matt@LaVelle-LaVelle.com
*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| AllianceMed, LLC, as authorized representative of L.R., <br><br>Plaintiff,<br><br>vs.<br><br>Premera Blue Cross Blue Shield of Alaska; Blue Cross and Blue Shield of Arizona, Inc.; and Blue Cross Blue Shield Association,<br><br>Defendants. | No.  CV-16-03103-PHX-DLR<br><br>**NOTICE OF VOLUNTARY DISMISSAL, WITHOUT PREJUDICE, AS TO DEFENDANTS BLUE CROSS AND BLUE SHIELD OF ARIZONA, INC. AND BLUE CROSS BLUE SHIELD ASSOCIATION ONLY** |

      Plaintiff, AllianceMed, LLC, as authorized representative of L.R., by and through undersigned counsel, hereby gives notice that it dismisses, without prejudice, this action against Defendants Blue Cross and Blue Shield of Arizona, Inc. and Blue Cross Blue Shield Association only in accordance with Rule 41(a)(1)(A).  The Defendants have not served Plaintiff with an Answer nor have they filed a Motion for Summary Judgment in this action.

      Dated this 2nd day of November, 2016.

                                          **LaVELLE & LaVELLE, PLC**

                                          By: /s/ Matthew K. LaVelle
                                              Matthew K. LaVelle, Esq.
                                              5080 North 40th Street, Suite 455
                                              Phoenix, AZ  85018
                                              *Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

    I hereby certify that on November 2, 2016, I electronically transmitted a PDF version of this document to the Clerk of the United States District Court, District of Arizona, using the CM/ECF System for filing and thereby served all counsel of record in this matter.

/s/ Diana Villa