# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| AllianceMed LLC,<br><br>    Plaintiff,<br><br>v.<br><br>Blue Cross and Blue Shield of Arizona Incorporated, et al.,<br><br>    Defendants. | No. CV-16-03103-PHX-DLR<br><br>**ORDER** |

The Court has reviewed the parties' Stipulation for Dismissal without Prejudice. (Doc. 32.) For good cause shown,

**IT IS ORDERED** dismissing the above-entitled matter without prejudice, each party to bear their own attorneys' fees and costs.

Dated this 27th day of March, 2017.

_____
Douglas L. Rayes
United States District Judge